**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MUHAMMAD AHMAD ABDALLAH** | **:** | |
| **AL ANSI**, *et al.*, | **:** | |
| | **:** | |
| **Petitioners,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 08-1923 (GK)** |
| | **:** | |
| **BARACK OBAMA**, *et al.*, | **:** | |
| | **:** | |
| **Respondents.** | **:** | |

**ORDER**

On June 11, 2011, the Court of Appeals issued its Mandate remanding this case to the District Court. The Mandate was not received by this Court until June 20, 2011. In light of the Court of Appeals' Order directing that the "parties should be afforded an opportunity to submit further briefing or evidence for the district court to consider in a manner consistent with Kiyemba v. Obama, 561 F.3d 509 (D.C. Cir. 2009)," it is hereby

**ORDERED**, that any further briefing on the Government's request for vacatur of the Order filed December 29, 2008, should be filed by the Government no later than **July 18, 2011**; and it is further

**ORDERED**, that any response is to be filed no later than **August 9, 2011**.

June 21, 2011
　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　United States District Judge

**Copies via ECF to all counsel of record**